HENRY W. SAGE et al., Respondents, *v.* SHEPARD & MORSE LUMBER COMPANY, Appellant.

*Sage* v. *Shepard & Morse Lumber Co.*, 4 App. Div. 290, affirmed.
(Argued January 13, 1899; decided January 31, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered April 18, 1896, modifying and, as modified, affirming a judgment in favor of plaintiffs entered upon the report of a referee.

*Charles E. Patterson* for appellant.

*Hamilton Harris* for respondents.

Judgment affirmed, with costs, on opinion below.
All concur.

---

LAWRENCE J. O'CONNOR, Appellant, *v.* HORACE WALDO, Individually and as Administrator of FRANCIS W. WALDO, Deceased, et al., Respondents.

*O'Connor* v. *Waldo*, 83 Hun, 489, affirmed.
(Argued January 13, 1899; decided January 31, 1899.)

APPEAL from an order of the late General Term of the Supreme Court in the first judicial department, entered January 25, 1895, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term, and granting a new trial.

*John R. Abney* and *Charles E. O'Connor* for appellant.

*Charles E. Miller* and *Henry W. Goodrich* for respondents.

Order affirmed, and judgment absolute ordered for defendants on the stipulation, with costs; no opinion.
All concur, except PARKER, Ch. J., not sitting.